# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  John Francis Schoenewald Jr.<br>         Mary Lucia Schoenewald<br>                    Debtor(s) | CHAPTER 13 |
| PENNYMAC LOAN SERVICES, LLC, its successors and/or assigns<br>                    Movant<br>     vs. | NO. 17-10193 MDC |
| John Francis Schoenewald Jr.<br>Mary Lucia Schoenewald<br>                    Debtor(s) | |
| William C. Miller Esq.<br>                    Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief from Stay of PENNYMAC LOAN SERVICES, LLC, which was filed with the Court on or about **11/2/2020** under document number 70.

Respectfully submitted,

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
412-430-3594

February 9, 2021