

PO Box 2011 Warren, MI 48090-2036
Toll Free: 877-495-2902
Fax: 866-818-1718

June 28, 2021

**US BANKRUPTCY COURT**
EASTERN District PENNSYLVANIA

RE:   Claim filed on JOHN  SCHOENEWALD
      Case # 17-10193
      Claim # 7

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

To Whom It May Concern:

    Midland Credit Management, Inc. hereby withdraws Proof of Claim number 7 dated  April 14, 2017, a copy of which is attached.

Thank you,

/s/ Angela Walmsley
Bankruptcy Specialist

Name:     Angela Walmsley
Address:  Po Box 2011
          Warren, MI 48090
Phone: 877-495-2902
Fax :    866-818-1718
Email:  MBX_ILMS_Bankruptcy@mcmcg.com

BK_0005 Account No.: 17-29881