United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Mary Lucia Schoenewald  
John Francis Schoenewald,, Jr.  
    Debtors

Case No. 17-10193-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 11, 2022 | Form ID: 212 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Mary Lucia Schoenewald, John Francis Schoenewald,, Jr., 3113 Wellington St, Philadelphia, PA 19149-1508 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 13, 2022      Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALEXANDER MORETSKY | on behalf of Debtor Mary Lucia Schoenewald amoretsky@moretskylaw.com  G18782@notify.cincompass.com |
| ALEXANDER MORETSKY | on behalf of Attorney Moretsky Law Firm amoretsky@moretskylaw.com  G18782@notify.cincompass.com |
| ALEXANDER MORETSKY | on behalf of Joint Debtor John Francis Schoenewald , Jr. amoretsky@moretskylaw.com, G18782@notify.cincompass.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JEROME B. BLANK | on behalf of Creditor Pennymac Loan Services LLC paeb@fedphe.com |
| JODI L. HAUSE | on behalf of Creditor Pennymac Loan Services LLC jodi.hause@phelanhallinan.com, paeb@fedphe.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 11, 2022 | Form ID: 212 | Total Noticed: 1 |

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

MARIO J. HANYON
    on behalf of Creditor Pennymac Loan Services LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

REBECCA ANN SOLARZ
    on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor Pennymac Loan Services LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

THOMAS SONG
    on behalf of Creditor Pennymac Loan Services LLC tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re:                                                                                                                                    Chapter: 13

    Mary Lucia Schoenewald and John Francis Schoenewald,, Jr.

Debtor(s)                                                                                                       Case No: 17−10193−mdc

---

*ORDER*

      AND NOW, March 11, 2022, it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

      Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

      And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

      Accordingly, it is hereby ORDERED that the debtor shall file

    ☑ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

    ☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

      If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

                                                                                                     For The Court

                                                                                                     Magdeline D. Coleman

                                                                                                     Chief Judge ,United States Bankruptcy Court