Certificate Number: 00301-PAE-DE-036400802

Bankruptcy Case Number: 17-10193



00301-PAE-DE-036400802

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 15, 2022, at 5:01 o'clock PM EDT, MARY L SCHOENEWALD completed a course on personal financial management given by internet by InCharge Debt Solutions, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   March 15, 2022               By:     /s/Jimmy Arreaga

                                     Name:   Jimmy Arreaga

                                     Title:  Certified Bankruptcy Counselor