Certificate Number: 00301-PAE-DE-036400803

Bankruptcy Case Number: 17-10193



00301-PAE-DE-036400803

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 15, 2022, at 5:01 o'clock PM EDT, JOHN F SCHOENEWALD completed a course on personal financial management given by internet by InCharge Debt Solutions, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  March 15, 2022　　　　　　　　　　By:　/s/Jimmy Arreaga

　　　　　　　　　　　　　　　　　　　　Name:　Jimmy Arreaga

　　　　　　　　　　　　　　　　　　　　Title:　Certified Bankruptcy Counselor