United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Mary Lucia Schoenewald  
John Francis Schoenewald,, Jr.  
    Debtors

Case No. 17-10193-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Apr 01, 2022      Form ID: 138OBJ      Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

++++      Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Mary Lucia Schoenewald, John Francis Schoenewald,, Jr., 3113 Wellington St, Philadelphia, PA 19149-1508 |
| 13849347 | ++++ | CENTRAL CREDIT SERVICES LLC, 2070 LITTLE HILLS EXPY, SAINT CHARLES MO 63301-3708 address filed with court:, Central Credit Services LLC, 20 Corporate Hills Dr, Saint Charles, MO 63301-3749 |
| 14552582 | + | PENNYMAC LOAN SERVICES, LLC, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 13849356 | + | Phelan Hallinan Diamond & Jones, LLP, Peter Wapner, 1617 JFK Boulevard 1400, Philadelphia, PA 19103-1814 |
| 13849357 | + | Police and Fire Credit Union, 901 Arch St, Philadelphia, PA 19107-2495 |
| 13868172 | + | Police and Fire Federal Credit Union, 901 Arch Street, Phila., Pa. 19107-2495 |
| 13849359 | | Rent-A-Center/Acceptance Now, 7301 Castor Ave, Philadelphia, PA 19152-4220 |
| 14126229 | | Thomas Song, Esq., Id. No.89834, Phelan Hallinan Diamond & Jones, LLP, Atty for PennyMac Loan Services, LLC, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 02 2022 01:09:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 02 2022 01:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 02 2022 01:09:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13853816 | | Email/PDF: ebn_ais@aisinfo.com | Apr 02 2022 01:13:32 | American InfoSource LP as agent for, T Mobile/T-Mobile USA Inc, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 13849346 | | Email/Text: bankruptcy@cashcall.com | Apr 02 2022 01:09:00 | Cash Call Inc., PO Box 66007, Anaheim, CA 92816-6007 |
| 13940311 | | Email/Text: megan.harper@phila.gov | Apr 02 2022 01:09:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13907060 | + | Email/Text: bankruptcy@cavps.com | Apr 02 2022 01:09:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 13849348 | + | Email/Text: convergent@ebn.phinsolutions.com | Apr 02 2022 01:09:00 | Convergent Outsourcing, Inc., 800 SW 39th St, Renton, WA 98057-4927 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 13849349 | | Email/Text: bankruptcy@credencerm.com | Apr 02 2022 01:09:00 | Credence Resource Management LLC, 17000 Dallas Pkwy Ste 204, Dallas, TX 75248-1940 |
| 13849350 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 02 2022 01:13:26 | First Premier Bank, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 13902743 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 02 2022 01:09:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 13849351 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 02 2022 01:09:00 | Jefferson Capital Systems, LLC, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 13880896 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 02 2022 01:13:28 | LVNV Funding, LLC its successors and assigns as, assignee of Bluestem Brands, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13901599 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 02 2022 01:09:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13849352 | | Email/Text: bankruptcydpt@mcmcg.com | Apr 02 2022 01:09:00 | Midland Credit Management, Inc., 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 13849354 | | Email/Text: ngisupport@radiusgs.com | Apr 02 2022 01:09:00 | Northland Group Inc., PO Box 390846, Minneapolis, MN 55439-0846 |
| 13849358 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 02 2022 01:13:27 | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541-0914 |
| 13916816 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 02 2022 01:13:34 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13849355 | | Email/PDF: ebnotices@pnmac.com | Apr 02 2022 01:13:35 | PennyMac Loan Services, LLC, PO Box 514387, Los Angeles, CA 90051-4387 |
| 13915263 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 02 2022 01:09:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 13912241 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 02 2022 01:13:27 | Spot Loan, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 13849360 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Apr 02 2022 01:13:30 | T-Mobile USA, T-Mobile Bankruptcy Team, PO Box 53410, Bellevue, WA 98015-3410 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13909908 | | PENNYMAC LOAN SERVICES, LLC |
| 13902744 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 13849344 | ## | Allied Interstate LLC, PO Box 361477, Columbus, OH 43236-1477 |
| 13849345 | ## | Alltran Financial, LP, PO Box 610, Sauk Rapids, MN 56379-0610 |
| 13849353 | ## | Nations Recovery Center, Inc., 6491 Peachtree Industrial Blvd, Atlanta, GA 30360-2100 |

TOTAL: 1 Undeliverable, 1 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

Case 17-10193-mdc    Doc 88    Filed 04/03/22    Entered 04/04/22 00:34:39    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 01, 2022 | Form ID: 138OBJ | Total Noticed: 30 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 03, 2022                Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALEXANDER MORETSKY | on behalf of Joint Debtor John Francis Schoenewald , Jr. amoretsky@moretskylaw.com, G18782@notify.cincompass.com |
| ALEXANDER MORETSKY | on behalf of Debtor Mary Lucia Schoenewald amoretsky@moretskylaw.com G18782@notify.cincompass.com |
| ALEXANDER MORETSKY | on behalf of Attorney Moretsky Law Firm amoretsky@moretskylaw.com G18782@notify.cincompass.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JEROME B. BLANK | on behalf of Creditor Pennymac Loan Services LLC paeb@fedphe.com |
| JODI L. HAUSE | on behalf of Creditor Pennymac Loan Services LLC jodi.hause@phelanhallinan.com, paeb@fedphe.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor Pennymac Loan Services LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Pennymac Loan Services LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| THOMAS SONG | on behalf of Creditor Pennymac Loan Services LLC tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Mary Lucia Schoenewald and John Francis Schoenewald,, Jr.

    Debtor(s)

Case No: 17−10193−mdc

Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/1/22

87 − 81
Form 138OBJ